**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| GARION P. FURIOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mc-00003 (RDA/WBP) |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Respondent. | ) | |

**REPORT AND RECOMMENDATION**

On January 21, 2026, Petitioner filed a Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("Motion"; ECF No. 1), challenging the Department of Defense's subpoena issued to Petitioner's banking institution as irrelevant, lacking in probable cause, and overly broad. On February 6, 2026, the Court ordered Petitioner to show cause by March 9, 2026, why the Court should not deny the Motion as time barred and ordered the Clerk to send a copy to Petitioner at the address provided in his Motion. (ECF No. 2.) On March 24, 2026, the mail was returned as undeliverable. (ECF No. 3.)

Petitioner has failed to prosecute this action. Under Federal Rule of Civil Procedure 41, a Court may dismiss an action if a plaintiff fails to comply with the federal rules or a court order. Fed. R. Civ. P. 41(b); *Medici888, Inc. v. Rileys Ltd.*, No. 2:12-cv-317-RBS, 2014 WL 4199790, at *2 (E.D. Va. Aug. 22, 2014) ("The Court may, on its own motion, dismiss a claim under Rule 41."). It has been six weeks since the deadline for Petitioner to comply with the Court's February 6, 2026, Order, and although the mail was returned as undeliverable, Petitioner has not sought a request for a status update, filed a notice of change of address, or otherwise shown why his Motion should not be denied as time barred. *See generally Erine v. Lyons*, No. 1:26-cv-00369

(E.D. Va. Apr. 8, 2026), Docket Entry No. 8 (petitioner requesting status update from court); *Wood v. Cosby*, No. 1:26-cv-0585 (E.D. Va. Apr. 9, 2026), Docket Entry No. 11 (notice of change of address). I therefore recommend that the district judge deny the Motion for Petitioner's failure to prosecute under Federal Rule 41 or as time barred in accordance with the February 6, 2026, Order.

### Notice

The Court will serve this Report and Recommendation on all parties through its electronic filing system. The Clerk's Office will also mail a copy to Garion P. Furios at Community Mail Room 427, Box 1920, APO, AE 09630 and to the Inspector General of the Department of Defense, c/o DoD IG Subpoena Program Office, 4800 Mark Center Drive, Suite 09A27, West Tower, Alexandria, Virginia, 22350-1500.

Objections to this Report and Recommendation must be filed within 14 days of service. Failure to file timely objections waives appellate review of both the substance of this Report and Recommendation and any judgment entered on it. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).

Entered this 21st day of April 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

2