IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| GARION P. FURIOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mc-00003 (RDA/WBP) |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This matter comes before the Court upon the Report and Recommendation ("Recommendation") (Dkt. 4) issued by U.S. Magistrate Judge William B. Porter on April 21, 2026, as well as Petitioner's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("Motion") (Dkt. 1). Judge Porter recommends that the Court deny the Motion due to Petitioner's failure to prosecute under Federal Rule 41 or as time barred in accordance with the February 6, 2026 Order (Dkt. 2). Dkt. 4. Objections to the Recommendation were due on May 5, 2026. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Porter's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 4). Accordingly, it is hereby

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

ORDERED that the Motion (Dkt. 1) is DENIED for failure to prosecute and as time barred in accordance with the February 6, 2026 Order (Dkt. 2).

The Clerk is further directed to forward copies of this Order to *pro se* Petitioner and place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
May __7__, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

2